

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2020

No. 04-20-00125-CV

**PAY AND SAVE, INC.,**
Appellant

v.

Roel **CANALES,**
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-371
Honorable Baldemar Garza, Judge Presiding

# O R D E R

The Appellee's Unopposed Second Motion for Extension of Time to File Brief is hereby GRANTED. The appellee's brief is due on or before December 23, 2020. No further extensions absent extraordinary circumstances.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2020.



MICHAEL A. CRUZ, Clerk of Court